JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY ) ) ) **Plaintiff(s),** ) ) v. ) ) VIP SELECT MOTORS, INC, ET AL., ) ) **Defendant(s).** ) ) ) _____ ) | **CASE NO.** SA CV09-0004-DOC(ANx) ORDER DISMISSING CIVIL ACTION |

The Court issued an Order to Show Cause re: Dismissal for Lack of Subject Matter Jurisdiction on February 11, 2009. Plaintiff was ordered to show cause in writing no later than February 26, 2009, why this action should not be dismissed. Plaintiff has failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of subject matter jurisdiction.

DATED: February 27, 2009

_David O. Carter_
DAVID O. CARTER
United States District Judge